No. 00–9169. SEATON ET UX. *v.* SCIENTIFIC HYGIENE, INC., ET AL. C. A. 4th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 4,

2001, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.